# Court of Appeals
# of the State of Georgia

ATLANTA,   December 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0162.  WILLIE A. HOPKINS, JR. v. SUSIE M. RHODES.**

Willie A. Hopkins, Jr. filed this discretionary application seeking review of a "Temporary Order" directing him to pay $10,000 to his ex-wife and provide her with "the name of a licensed real estate broker with whom he is willing to work in the sale of the former marital residence."  Although Hopkins has included no materials with his application other than this temporary order, it appears that the order arose from a petition to hold Hopkins in contempt for failing to comply with certain provisions of the parties' divorce decree.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because this case appears to fall within the Supreme Court's jurisdiction over divorce and alimony cases, it is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____, *Clerk.*